# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-23-00857-CR
NO. 03-23-00858-CR
NO. 03-23-00859-CR
NO. 03-23-00860-CR
NO. 03-23-00861-CR

**Brandon Luis Marshall, Appellant**

**v.**

**The State of Texas, Appellee**

FROM THE 368TH DISTRICT COURT OF WILLIAMSON COUNTY
NOS. 22-0915-K368, 22-0918-K368, 22-0920-K368, 22-0922-K368, & 22-0923-K368
THE HONORABLE SARAH SOELDNER BRUCHMILLER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Brandon Luis Marshall seeks to appeal five judgments of conviction for Aggravated Assault Against a Public Servant. *See* Tex. Penal Code § 22.02(B)(2)(B). The trial court has certified that (1) this is a plea-bargain case and Marshall has no right of appeal, and (2) Marshall has waived the right of appeal. Accordingly, we dismiss the appeals for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Chari L. Kelly, Justice

Before Justices Baker, Triana, and Kelly

Dismissed for Want of Jurisdiction

Filed: February 9, 2024

Do Not Publish